## * * SECTION 362 COVER SHEET * *

**DAVID ARNOLDO ACEVEDO-AYALA AND SANDRA ESMERALDA LOPEZ DE ACEVEDO AKA SANDRA ESMERALDA LOPEZ DE ACEVEDO**
DEBTOR

BK-N-10-53535-GWZ

BANKRUPTCY #          MOTION #

**HSBC BANK NEVADA, N.A.**
MOVANT

CHAPTER: 13

PROPERTY INVOLVED IN THIS MOTION: _2008 KAWASAKI, VIN# JKAZX4J138A072845_

NOTICE SERVED ON: Debtor(s) __x__ ; Debtor's counsel __x__ ; Trustee __x__ ;

DATE OF SERVICE: 02/24/2011

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS:<br>**HSBC BANK NEVADA, N.A.**<br>1st                               $8,488.14<br><br>Other:<br>Total Encumbrances: **$8,488.14**<br><br>APPRAISAL of OPINION as to VALUE:<br>_Value per Schedule A, $6,500.00_ | The EXTENT and PRIORITY of LIENS:<br>1st _____<br>4th _____<br>Other: _____<br>Total Encumbrances: _____<br><br>APPRAISAL of OPINION as to VALUE: |
| TERMS of MOVANT'S CONTRACT with the DEBTOR(S):<br><br>_Resolving line of credit_: $8,488.14<br>Interest Rate: 6.9%<br>Duration: _24 months_<br>Payment per Month: _N/a_<br>Date of Default: _n/a_<br>Amount in Arrears: $<br>Date of Notice of Default:<br>SPECIAL CIRCUMSTANCES:<br>_The undersigned counsel hereby certifies that an attempt has been made to confer with the debtor and/or debtor's counsel regarding the allegations raised in the subject Motion no later than two business days prior to the filing of the subject Motion, and despite a sincere effort to resolve the instant matter, the undersigned has been unable to resolve the matter without Court action. Collateral is being surrendered._<br>         _Gina M. Corena, Esq._<br>SUBMITTED BY:  _Attorney for Movant_<br><br>SIGNATURE: /s/ Gina M. Corena, Esq. | DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT:<br><br>.<br><br>.<br><br>.<br><br>.<br><br>.<br><br>.<br><br>.<br>SPECIAL CIRCUMSTANCES:<br><br><br><br>SUBMITTED BY: _____<br><br>SIGNATURE: _____ |

## "SECTION 362 COVER SHEET"

Gina M. Corena, Esq.  
Nevada Bar No. 10330  
MILES, BAUER, BERGSTROM & WINTERS, LLP  
2200 Paseo Verde Pkwy., Suite 250  
Henderson, NV 89052  
(702) 369-5960 / FAX (702) 369-4955  
E-mail: gcorena@mileslegal.com  
File No. 11-90126  

Attorneys for Secured Creditor,  
HSBC BANK NEVADA, N.A.

E-filed on <u>February 24, 2011</u>

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DAVID ARNOLDO ACEVEDO-AYALA AND SANDRA ESMERALDA LOPEZ DE ACEVEDO AKA SANDRA ESMERALDA LOPEZ DE ACEVEDO,<br><br>Debtor(s)<br><br>HSBC BANK NEVADA, N.A.,<br><br>Secured Creditor,<br><br>vs<br><br>DAVID ARNOLDO ACEVEDO-AYALA AND SANDRA ESMERALDA LOPEZ DE ACEVEDO AKA SANDRA ESMERALDA LOPEZ DE ACEVEDO, Debtor(s),<br>WILLIAM A. VAN METER, Trustee,<br><br>Respondent(s) | Case No.: BK-N-10-53535-GWZ<br>Chapter 13<br><br><br><br><br><br><br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:   March 29, 2011<br>Time:  10:00 A.M.<br>Estimated Time: 10 min. |

Secured Creditor, HSBC BANK NEVADA, NA, by and through its attorney, Jeremy T. Bergstrom, Esq., of the law firm of Miles, Bauer, Bergstrom & Winters, LLP, hereby moves this Court, pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 4001, for an Order terminating the Automatic Stay so that Secured Creditor may commence and continue all acts

1

1  necessary to secure possession of the subject Vehicle. In support of its Motion, Secured Creditor
2  represents as follows:
3        Debtors filed a Petition for Relief pursuant to Chapter 13 of the Bankruptcy Code on
4  August 31, 2010.
5        Secured Creditor is the owner on a 2008 Kawasaki, VIN JKAZX4J138A072845
6  ("Collateral"), purchased with the revolving line of credit card held by the Debtor. A true and
7  correct copy of the Purchase Money Security Interest Agreement is attached hereto as Exhibit
8  "A" and a true and correct copy of the Nevada Title, showing Secured Creditor as the owner, is
9  attached hereto as Exhibit "B".
10        The approximate value of the Collateral is $6,500.00 and the approximate balance owed
11  under the Agreement is $8,488.14. Debtor has no equity in the Collateral and is not making
12  monthly contract payments.
13        By virtue of the automatic stay provision of Section 362 of the Bankruptcy Code,
14  Secured Creditor has been prevented from conducting an auction sale, under the Certificate of
15  Title, a copy of which is attached hereto as Exhibit "B".
16        Secured Creditor has incurred attorney fees and costs in the amount of $500.00 in seeking
17  relief from the automatic stay.
18        Pursuant to Section 362(d) of the Bankruptcy Code, the Court, on request of any party in
19  interest, may grant relief from the automatic stay either for cause or where the Debtor lacks
20  equity in the collateral and the collateral is not necessary for an effective reorganization. Such
21  relief is appropriate in this case since no equity exists and the Debtor has surrendered the subject
22  Collateral.
23
24

1  Further, pursuant to Debtors' Chapter 13 Plan, the Debtor intends on voluntarily
2  surrendering the subject Collateral. The Debtors' Chapter 13 Plan is on file herein. Thus, relief
3  from stay should be granted.

4  WHEREFORE, Secured Creditor prays that:

5  (1) The automatic stay pursuant to Section 362 be terminated, so as to allow Secured
6  Creditor to exercise all its rights and remedies available under the Contract and other applicable
7  law, with a waiver of the 14-day waiting period of Bankruptcy Rule 4001(a)(3).

8  (2) In the event of failure of Debtor to pay for the use of the Vehicle, that Debtor be
9  directed to surrender possession thereof to Secured Creditor within 5 days of the entry of Order
10 granting relief.

11 (3) Pursuant to Section 363(e), that Secured Creditor's interest in the Vehicle be given
12 adequate protection.

13                          MILES, BAUER, BERGSTROM & WINTERS, LLP

14 Dated:   February 24, 2011       By:   /s/ Gina M. Corena, Esq.
                                          Gina M. Corena, Esq.
15                                        Attorney for Secured Creditor

16 11-90126/nvcarmrs.dot/sla

3

Gina M. Corena, Esq.
Nevada Bar No. 10330
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: gcorena@mileslegal.com
File No. 11-90126
Attorneys for Secured Creditor,
HSBC BANK NEVADA, N.A.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DAVID ARNOLDO ACEVEDO-AYALA AND SANDRA ESMERALDA LOPEZ DE ACEVEDO AKA SANDRA ESMERALDA LOPEZ DE ACEVEDO,<br><br>Debtor(s) | Case No.: BK-N-10-53535-GWZ<br>Chapter 13 |
| HSBC BANK NEVADA, N.A.,<br><br>Secured Creditor,<br><br>vs<br><br>DAVID ARNOLDO ACEVEDO-AYALA AND SANDRA ESMERALDA LOPEZ DE ACEVEDO AKA SANDRA ESMERALDA LOPEZ DE ACEVEDO, Debtor(s),<br>WILLIAM A. VAN METER, Trustee,<br><br>Respondent(s) | **PROPOSED**<br>**ORDER TERMINATING THE**<br>**AUTOMATIC STAY**<br><br>Date:  March 29, 2011<br>Time:  10:00 A.M. |

1

The Motion for Relief having been properly served, with no opposition filed herein, the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is hereby terminated as to the Debtor and the Trustee in favor of Secured Creditor, HSBC BANK NEVADA, N.A., as it pertains to the following described collateral: 2008 Kawasaki, VIN JKAZX4J138A072845.

IT IS SO ORDERED.

Submitted by:

DATED: February 24, 2011             By: /s/ Gina M. Corena, Esq.
                                     Gina M. Corena, Esq.
                                     Attorney for Secured Creditor
                                     HSBC BANK NEVADA, N.A.

APPROVED/DISAPPROVED

DATED:_____                _____
                                     JOE M. LAUB
                                     Attorney for Debtor

APPROVED/DISAPPROVED

DATED:_____                _____
                                     WILLIAM A. VAN METER
                                     Chapter 13 Trustee

(11-90126/nvots.dot/sla)

2

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document]:

__X__ I certify that this is a Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

| | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| CHAPTER 13 TRUSTEE:<br>William A. Van Meter<br>P.O. Box 6630<br>Reno, NV 89513 | | | |
| ATTORNEY FOR DEBTOR:<br>Joe M. Laub<br>Laub and Laub<br>630 E. Plumb Ln.<br>Reno, NV 89502 | | | |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Sara Aslinger
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

###

3

# EXHIBIT A

# The Good Times Card Program

A married person may apply for individual credit, you are applying for:
- [ ] **INDIVIDUAL CREDIT**, complete only applicant section.
- [ ] **JOINT CREDIT**, with another person, complete entire application.

For WI Residents Only: Check box if you are married: [ ]

## APPLICANT (Please Print)

**First Name:** Sandra
**Middle Initial:** E.
**Last Name:** López de Acevedo
**Home Telephone:**
**Social Security Number:** - 3 9 9 2

**Date of Birth (MM/DD/YY):** 60
**Current Address:** 8812 Silverkist Dr.
**Apt. #:**
**City:** Reno
**State:** N.V.
**Zip Code:** 89506

**Since (MM/YY):** 06/2006
**Housing Status:** [X] Buyer/Owner [ ] Rent/Lease [ ] Other/Misc.
**Previous Address (if less than two years at present):**

**Employer:** Hearthstone
**Position:** CNA
**Since (MM/YY):** 06/2000
**Gross Monthly Income:** $ 2,080
**Business Telephone:** (   )

**Previous Employer:** Hearthstone
**From (MM/YY):** /
**To (MM/YY):** /
**E-Mail Address:**

**Additional Monthly Income:** $ 2,054
**Source:**
Check if you have a: [ ] Checking Account  [ ] Savings Account

*Note: Alimony, child support or separate maintenance income need not be disclosed if you do not wish to have it considered as a basis for paying this obligation.

## JOINT APPLICANT (or spouse of applicant if married WI resident - complete name and address only)

**First Name:** David
**Middle Initial:** A.
**Last Name:** Acevedo
**Social Security Number:** - 4 6 1 9
**Date of Birth (MM/DD/YY):** 60

**Current Address:** Silverkist Dr.
**Apt. #:**
**City:** Reno N.V.
**State:**
**Zip Code:** 89506
**Home Telephone:** (775) 971-7813

**Since (MM/YY):** 04/2005
**Employer:** ADI (Honeywell)
**Position:** Forklift
**Business Telephone:**
**Gross Monthly Income:** $ 2,054
**Since (MM/YY):** /

**THE OPTIONAL TAP MONTHLY DEBT CANCELLATION PROGRAM IS ONLY AVAILABLE ON REVOLVING ACCOUNTS, AND NOT AVAILABLE ON CLOSED-END LOANS.**

**PROTECT YOUR ACCOUNT WITH TAP®** The Account Protector (referred to below as TAP) AN OPTIONAL MONTHLY DEBT CANCELLATION PROGRAM

If you enroll in our optional TAP program, your monthly credit card balance or a portion of your balance may be cancelled in the case of a qualifying Total Disability, Involuntary Unemployment, or Loss of Life event. For Total Disability, the maximum balance that may be cancelled is $300 per month, up to $10,000 and, for Involuntary Unemployment, up to $300 per month for six months. For Loss of Life, the maximum balance that can be cancelled is $10,000. To receive a cancellation benefit (for other than Loss of Life) on your account, you must be employed full-time (but not self-employed, working for a spouse or employed on a part-time basis) and working 30 hours or more per week at a single job on the date the event occurs. TAP is not insurance and is unavailable in **Mississippi, Guam, the Virgin Islands, Puerto Rico and Canada.**

**YES,** please enroll me, **the primary cardholder,** in the optional **TAP** monthly debt cancellation program. I authorize the monthly charge to my account when I have a balance. I have received and read the TAP Summary. I understand that your evaluation of my credit card application will not be influenced by whether I choose to enroll, and I am free to cancel at any time.

**NO,** I do not wish to enroll at this time.

SIGN HERE TO ENROLL _____ DATE _____
DC-11-16

SIGN HERE TO DECLINE _____ DATE _____
Ed. 07/01/05

## APPLICANT(S) SIGNATURE REQUIRED BELOW

By completing and signing this credit application you are applying to HSBC Bank Nevada, N.A. ("HSBC") for revolving credit to purchase goods and services from an authorized The Good Times Dealer ("The Good Times Dealer"). However, certain types of vehicles sold by The Good Times Dealers will be required to be financed as installment, or closed-end, loans. Therefore, you authorize HSBC or the The Good Times Dealer to submit your application and credit information to HSBC Retail Credit (USA) Inc. ("HRCI"), an affiliate of HSBC, to review your information for a closed-end loan under a separate agreement. All of the information furnished on this application is, to the best of your knowledge complete and accurate. You agree that you are furnishing all such information on this application to both The Good Times, and to HSBC Bank Nevada, N.A. ("we", "us"), the issuer of The Good Times credit card. You agree that HSBC and HRCI may obtain a credit bureau report on you and may check any of the information provided on this application from whatever source they choose. By completing and signing this application, you are applying for a credit limit in the highest amount we deem appropriate, regardless of any initial sale amount, and you are requesting a Card issued to you by us which will allow you to make purchases under this Account. By a) signing, using or permitting others to use this Card; b) signing or permitting others to sign sales slips; c) making or permitting others to make purchases by telephone, Internet, or any other means, you agree to the terms and conditions of this Important Terms of Your Credit Card Account, Form 6022-800-40-US-13 (1-08), (which includes an arbitration provision) stated on both sides of this combined application and Important Terms of Your Credit Card Account, which are incorporated herein by reference, and to the Cardholder Agreement and Disclosure Statement which shall be sent to you with the credit card. You have read and received a copy of your Important Terms before making any purchase under this Account. Terms are attached. If this is a joint credit application, you understand that each applicant has the right to use the Account and that you shall be liable for all purchases made under the Account by any joint applicant. You grant us a purchase money security interest in the goods purchased on your Account and in all insurance contracts and proceeds, returned premiums, mechanical failure and extended service contracts, and refunds of charges for mechanical failure and extended service contracts financed therewith. You understand that we may provide information relating to our transactions and experiences with you to others, including The Good Times, whether or not you are approved for credit. You may prohibit the sharing of such information by calling us at 1-800-365-3804.

**Applicant's Signature:** (signature)
**Date (MM/DD/YY):** 04/16/08

**Joint Applicant's Signature:** (signature)
**Date (MM/DD/YY):** / /

**STORE USE ONLY:**

| | State | Date of Issue | Exp. Date |
|---|---|---|---|
| Applicant's ID (Type and Number) | | | |
| Applicant's Second ID (Type and Number) | | | |
| Joint Applicant's ID (Type and Number) | | | |
| Joint Applicant's Second ID (Type and Number) | | | |

**ACCOUNT #:** 5 8 8 D

**Authorization Number:** _____ **Name of Person Obtaining Verification and #:** _____

6022-800-40-US-13 (1-08)

**ACCOUNT #**: 5880   **ORG #**: 800

**Cardholder's Name**: Sandra, Daniel Acevedo
**Cardholder's Street Address**: Silverkist Dr

**Merchant/Dealer's Name**: K·O·R

**Credit Plan**: 100214   **Promotion Code**: ML

☒ NEW   ☐ ADD-ON

**DELIVERY INSTRUCTIONS**: ☐ PICK UP   ☐ INSTALLED   ☐ DELIVERED

**DATE OF DELIVERY/INSTALLATION**: 4/16/08

### For A Promotional Sale ONLY, Complete TERM & TYPE:

Select and Fill in Proper TERM (ONLY ONE):
- ☐ Your promotion will expire in **24** months (from the date of possession);
- OR
- ☐ Your promotion will expire in **/** (month, year).

Special Payments Select and Fill in Proper payments* (if applicable):
- ☐ Equal Payments   OR   ☐ Fixed Payment Amount $ **89**

☐ Special Payment Percent _____ %

*As long as monthly payments are received by the payment due date.

Select and Fill in Proper TYPE (ONLY ONE):
- ☐ Delayed Payment. During the specified period, no Minimum Monthly Payment is due on your purchase. Finance Charges will be imposed.
- ☐ Waived Finance Charge. Each month, you are required to pay the Minimum Monthly Payment. During the specified period no Finance Charges will be imposed on your purchase if your Account is kept current.
- ☐ Delayed Payment/Waived Finance Charge. During the specified period, no Minimum Monthly Payment is due and no Finance Charges will be imposed on your purchase.
- ☐ Same As Cash/Minimum Monthly Payments Required. Each month, you are required to pay the Minimum Monthly Payment. During the specified period, Finance Charges will accrue on your purchase. However, if your Account is kept current and you pay the entire purchase amount before the promotional due date, no Finance Charges will be imposed on the purchase.
- ☐ Same As Cash/Minimum Monthly Payments Delayed. During the specified period, Finance Charges will accrue on your purchase. However, if you pay the entire purchase amount before the promotional due date, no Finance Charges will be imposed on the purchase. No Minimum Monthly Payments are required on your purchase during the specified period.
- ☐ Reduced Rate. During the specified period, a reduced periodic rate of **10.9** % APR will be applied to your purchase, if your Account is kept current.
- ☐ Delayed Payment/Waived Finance Charge followed by Reduced Rate. For the first ___ months from the date of possession, no Minimum Monthly Payment is due and no Finance Charges will be imposed on your purchase. For the next ___ months thereafter, a reduced periodic rate of ___ % APR will be applied to your purchase, if your Account is kept current.

For details of all Promotional Credit Plans, please refer to your Cardholder Agreement and Disclosure Statement.

I acknowledge receipt of a completed copy of this Sales Slip and the purchase of the goods and/or services described herein and promise to pay the Unpaid Balance plus any Finance Charges and fees due in accordance with the terms of the Cardholder Agreement and Disclosure Statement, incorporated by reference. I understand that I am hereby granting HSBC Bank Nevada, N.A. a purchase money security interest in the goods described herein until the Unpaid Balance of my Account or such goods are paid in full, whichever comes first, unless otherwise prohibited by law.

X _(Cardholder's Signature)_

| QUAN. | DESCRIPTION | SALE PRICE |
|---|---|---|
| | PRODUCT LINE | |
| | MODEL NO. ZX600J8F | |
| | VIN/HULL/SERIAL NO. JKAZX4J138A672845 | |
| | ☐ ALREADY ELECTRONICALLY FUNDED | |
| 1 | Ex-warranty | |

APR 28 2008

**DATE OF SALE**: 4/16/08
**AUTHORIZATION CODE**:
**INVOICE NUMBER**:
**MERCHANT'S AUTH. REPRESENTATIVE**:    **REP NO.**:

| | |
|---|---|
| SUB TOTAL | |
| SALES TAX | |
| CASH PRICE | |
| CASH DOWN PAYMENT | |
| UNPAID BALANCE (AMOUNT FINANCED) | 9631.71 |

SALES NO. 6287887

HSBC COPY

# Exhibit B

# STATE OF NEVADA
## DEPARTMENT OF MOTOR VEHICLES

## CERTIFICATE OF TITLE

| VIN | YEAR | MAKE | MODEL | VEHICLE BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| JKAZX4J138A072845 | 2008 | KAWK | ZX600-J1 | MRS | NV002626580 |

| DATE ISSUED | ODOMETER MILES | FUEL TYPE | SALES TAX PD | EMPTY WT | GROSS WT | GVWR |
|---|---|---|---|---|---|---|
| 04/30/2008 | 1 | G | | | | |

VEHICLE COLOR  ODOMETER BRAND  
ACTUAL MILES

BRANDS

**OWNER(S) NAME AND ADDRESS**
ACEVEDO SANDRA ESMERALDA
ACEVEDO-AYALA DAVID ARNOLDO    OR
8812 SILVERKIST DR
RENO NV 89506-2962

**LIENHOLDER(S) NAME AND ADDRESS**
HSBC BANK NEVADA, N.A.
700 N WOOD DALE RD
WOOD DALE IL 60191

**LIENHOLDER(S) RELEASE** – INTEREST IN THE VEHICLE DESCRIBED ON THIS TITLE IS HEREBY RELEASED.

SIGNATURE OF AUTHORIZED AGENT _____ DATE _____

PRINTED NAME OR COMPANY STAMP _____

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.
The undersigned hereby certifies the vehicle described in this title has been transferred to the following buyer(s):

Printed Full Legal Name of Buyer _____ Nevada Driver's License Number or Identification Number ☐ AND ☐ OR

Printed Full Legal Name of Buyer _____ Nevada Driver's License Number or Identification Number

Address _____ City _____ State _____ Zip Code

I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.
☐ NO
☐ TENTHS
☐ The mileage stated is in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. WARNING: ODOMETER DISCREPANCY.
☐ Exempt – Model year over 9 years old.

ODOMETER READING _____

Signature of Seller(s)/Agent/Dealership _____ Printed Name of Seller(s)/Agent/Dealership _____

I am aware of the above odometer certification made by the seller/agent ☐    Dealer's License Number _____ Date of Sale _____

Signature of Buyer _____ Printed Full Legal Name of Buyer _____

ACCORDING TO THE RECORDS OF THE DEPARTMENT OF MOTOR VEHICLES, THE PERSON NAMED HEREON IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE, SUBJECT TO LIEN AS SHOWN.

CONTROL NO.
**1260133B**
(THIS IS NOT A TITLE NO.)

RD-2 (Rev. 1/06)

ALTERATION OR ERASURE VOIDS THIS TITLE